JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAINAB AUSTIN,<br>Plaintiff,<br>v.<br>LIFE INSURANCE COMPANY OF NORTH AMERICA; UBS AG LONG TERM DISABILITY PLAN; UBS AG LIFE INSURANCE COMPANY PLAN,<br>Defendants. | CV 08-8445 PA (MANx)<br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on March 29, 2010,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Zainab Austin ("Plaintiff") shall have judgment against defendants Life Insurance Company of North America, UBS AG Long Term Disability Plan, and UBS AG Life Insurance Company Plan on Plaintiff's claim for ERISA benefits.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall recover her attorney's fees and costs of suit.

DATED: April 16, 2010

Percy Anderson
UNITED STATES DISTRICT JUDGE